# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 13-54380 | CKP | Trustee Name: | Frederick M. Luper |
| Case Name: | Terry L Westfall | | Date Filed (f) or Converted (c): | 05/30/2013 (f) |
| | Linda J Westfall | | 341(a) Meeting Date: | 07/09/2013 |
| For Period Ending: | 03/31/2014 | | Claims Bar Date: | 11/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Single Family Home 1032 Nocturne Rd. E. Reynoldsburg, Oh 43 | 98,800.00 | 0.00 | | 0.00 | FA |
| 2.  Time Share American Beach Resort 1260 North Atlantic Avenue, | 4,855.50 | 0.00 | | 0.00 | FA |
| 3.  Time Share Americano Beach Resort 1260 North Atlantic Avenue | 1,700.00 | 0.00 | | 0.00 | FA |
| 4.  Cash On Hand | 25.00 | 0.00 | | 0.00 | FA |
| 5.  Savings Account Us Bank | 5.00 | 0.00 | | 0.00 | FA |
| 6.  Savings Account Columbus Metro | 22.56 | 0.00 | | 0.00 | FA |
| 7.  Household Goods And Furnishings Residence | 2,405.00 | 0.00 | | 0.00 | FA |
| 8.  Clothing/Shoes Residence | 400.00 | 0.00 | | 0.00 | FA |
| 9.  Jewerly Residence | 255.00 | 0.00 | | 0.00 | FA |
| 10. Sony Camcorder/Pool Table Residence | 160.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Dearborn National Spouse Is Beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 12. Adp 401K | 13,370.38 | 0.00 | | 0.00 | FA |
| 13. 2009 Vw Tiguan Residence 46722 Miles | 13,230.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Gmc Canyon Crew Cab Residence Free And Clear 79,000 Mil | 10,000.00 | 0.00 | | 4,907.63 | 192.37 |
| 15. 2013 Income Tax Refunds (u) | 0.00 | 0.00 | | 940.37 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $145,228.44 | $0.00 | | $5,848.00 | $192.37 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/08/14:  Final payment received.  Prepare notice of obligation satisfied.  File in claims review.  SUE CHAFIN
03/25/14:  Tax returns and all checks received.  Letter to counsel with calculations and advising of balance due.  SUE CHAFIN
03/17/14:  Payment received (JGrubic)
02/14/14:  Payment received.  SUE CHAFIN
02/04/14:  Letter to counsel for 2013 tax returns/refund checks and advising of balance due.  SUE CHAFIN
01/10/14:  Payment received (JGrubic)
12/18/13:  Payment received (JGrubic)
11/22/13:  2013 tax motion filed, continue to monitor payments.  SUE CHAFIN
11/19/13:  Prepare 2013 tax motion and order in accordance with compromise order.  SUE CHAFIN
11/13/13:  Payment received.  SUE CHAFIN
10/21/13:  Payment received (JGrubic)
10/14/13:  Payment received (JGrubic)
10/01/13:  Insurance card received, good through 2/1/14.  SUE CHAFIN
09/27/13:  Order entered, monitor payments.  Letter to counsel regarding need for current insurance information regarding motor vehicle.  SUE CHAFIN
09/16/13:  Check court docket, prepare order on motion to sell.  SUE CHAFIN
08/21/13:  Email to counsel for proof of insurance.  SUE CHAFIN
08/20/13:  Motion to sell motor vehicle filed.  SUE CHAFIN
08/13/13:  Letter to counsel accepting offer on motor vehicle, begin paperwork, coupons to debtor.  Notice of assets.  SUE CHAFIN
07/25/13:  Information received from counsel.  Letter to counsel regarding equity in motor vehicle.  SUE CHAFIN
07/11/13:  Letter to counsel for pictures of GMC Canyon and information regarding time shares.  SUE CHAFIN
07/18/13 TT:Trustee to investigate into the value of a motor vehicle for possible liquidation on behalf of the bankruptcy estate. Trustee to investigate into the potential value of real estate of debtors. Trustee has requested copies of deeds and mortgages pertaining to this property.

Initial Projected Date of Final Report (TFR): 05/30/2014          Current Projected Date of Final Report (TFR): 05/30/2014

Trustee Signature:        /s/ Frederick M. Luper          Date: 04/17/2014

                          Frederick M. Luper
                          50 W. Broad St., Ste. 1200
                          Columbus, OH 43215
                          (614) 221-7663

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 13-54380 | Trustee Name: Frederick M. Luper |
| Case Name: Terry L Westfall | Bank Name: Bank of Kansas City |
| Linda J Westfall | Account Number/CD#: XXXXXX0831 |
| | Checking |
| Taxpayer ID No: XX-XXX3573 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 03/31/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/13 | 14 | Linda Westfall | Car Payment | 1129-000 | $2,000.00 | | $2,000.00 |
| 10/21/13 | 14 | Linda Westfall | Car Payment | 1129-000 | $260.00 | | $2,260.00 |
| 10/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,250.00 |
| 11/13/13 | 14 | Linda Westfall | Car Payment | 1129-000 | $260.00 | | $2,510.00 |
| 11/29/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,500.00 |
| 12/13/13 | 1001 | Insurance Partners Agency Inc. 26865 Center Ridge Rd. Westlake, OH  44145 | 2013-2014 Bond | 2300-000 | | $4.41 | $2,495.59 |
| 12/18/13 | 14 | Linda Westfall | Car Payment | 1129-000 | $260.00 | | $2,755.59 |
| 12/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,745.59 |
| 01/10/14 | 14 | Linda Westfall | Car Payment | 1129-000 | $260.00 | | $3,005.59 |
| 01/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,995.59 |
| 02/14/14 | 14 | Linda Westfall | Car Payment | 1129-000 | $260.00 | | $3,255.59 |
| 02/28/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,245.59 |
| 03/17/14 | 14 | Linda Westfall | Car Payment | 1129-000 | $260.00 | | $3,505.59 |
| 03/26/14 | | US Treasury | Tax Refunds | | $1,677.00 | | $5,182.59 |
| | | | Gross Receipts          $1,677.00 | | | | |
| | | | Page Subtotals: | | $5,237.00 | $54.41 | |

Case 2:13-bk-54380 Doc 27 Filed 04/22/14 Entered 04/22/14 09:55:57 Desc
**FORM 2**
Page 4 of 5
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-54380     Trustee Name: Frederick M. Luper
Case Name: Terry L Westfall     Bank Name: Bank of Kansas City
    Linda J Westfall     Account Number/CD#: XXXXXX0831
    Checking
Taxpayer ID No: XX-XXX3573     Blanket Bond (per case limit): $2,000,000.00
For Period Ending: 03/31/2014     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 14 | | 2005 Gmc Canyon Crew Cab $736.63 Residence Free And Clear 79,000 Mil | 1129-000 | | | |
| | 15 | | 2013 Income Tax Refunds $940.37 | 1224-000 | | | |
| 03/26/14 | 14 | Taxation-Refund/Research | Car Payment | 1129-000 | $598.00 | | $5,780.59 |
| 03/26/14 | 14 | Taxation-Refund/Research | Car Payment | 1129-000 | $13.00 | | $5,793.59 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $5,848.00 | $54.41 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $5,848.00 | $54.41 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $5,848.00 | $54.41 |

Page Subtotals:     $611.00     $0.00

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0831 - Checking | $5,848.00 | $54.41 | $5,793.59 |
| | $5,848.00 | $54.41 | $5,793.59 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,848.00 |
| Total Gross Receipts: | $5,848.00 |

Trustee Signature:      /s/ Frederick M. Luper      Date: 04/17/2014

Frederick M. Luper
50 W. Broad St., Ste. 1200
Columbus, OH 43215
(614) 221-7663

Page Subtotals:                    $0.00          $0.00